**Order entered November 19, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00370-CV

### GENA MARCELLA MERCADANTE AND
### KENNETH JOHN MERCADANTE, Appellants

### V.

### ZLH LC, INC. F/K/A ZALE LIPSHY UNIVERSITY HOSPITAL, INC., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15882**

## ORDER

We **DENY** as moot appellants' October 31, 2014 motion for an extension of time to file their brief.

/s/     ADA BROWN
        JUSTICE